AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| | |
|---|---|
| LARRY G. PHILPOT ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:20-cv-2940 |
| ODYSSEY MEDIA GROUP, INC. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

PLAINTIFF LARRY G. PHILPOT.

Date: 11/09/2020

/s/ J. Stephen Smith
*Attorney's signature*

J. Stephen Smith (23239-15)
*Printed name and bar number*
Graydon Head & Ritchey LLP
2400 Chamber Center Drive, Suite 300
Ft. Mitchell, KY 41017

*Address*

ssmith@graydon.law
*E-mail address*

(859) 578-3070
*Telephone number*

(859) 578-3071
*FAX number*