**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| **LARRY G. PHILPOT** | ) | **Case No. 1:20-cv-02940-JRS-MJD** |
| | : | |
| **Plaintiff,** | ) | **Judge James R. Sweeney II** |
| | : | **Magistrate Judge Mark J. Dinsmore** |
| **v.** | ) | |
| | : | |
| **ODYSSEY MEDIA GROUP, INC.,** | ) | **DECLARATION OF LARRY G.** |
| | : | **PHILPOT** |
| **Defendant.** | ) | |

Pursuant to the provisions of 28 U.S.C. §1746, the undersigned, Larry G. Philpot,

makes the following declaration under the penalty of perjury:

1.      I am the Plaintiff in the above captioned matter.

2.      I work as a photographer of musicians and concerts across the country.

3.      I license my work to premiere publishers, musicians and media outlets.

4.      To the best of my knowledge, Defendant, Odyssey Media Group, Inc.,

("Odyssey") is a media outlet.

5.      For the Ted Nugent photograph at issue in this matter, my licensing fee would

have been $3,500.00 for use on a website.

6.      That licensing fee value is consistent with licensing fee agreements I have

reached for photographs taken on or around the same time to be used similar to Odyssey's use

referenced in my Complaint in this matter.

7.      As an example of a licensing fee for a similar use, I previously reached an

agreement for a licensing fee of $3,500.00 for a Tom Petty photograph used on a website.

I declare under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information and belief.

Executed this 7TH day of April, 2022, _INDIANAPOLIS_ , Indiana.

_____

Larry G. Philpot

11716359.1

11716359.1